UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION
SITTING AT GREENEVILLE, TN

| | |
|---|---|
| CROWN POINT, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PRODUCTOS ALIMENTICIOS LA MANZANA ) <br> S. DE R.L. DE C.V. ) <br> ) <br> Defendant, ) | Case No. _____ |

**COMPLAINT**

Now comes the Plaintiff, Crown Point, Ltd., by and through counsel, and would state its claim unto this Honorable Court as follows:

1. The Plaintiff, Crown Point, Ltd., is a corporation formed under the laws of the State of Tennessee and is a citizen of this state for purposes of diversity jurisdiction. Its principal place of business is at 833 West Lincoln Highway, Suite 408E, Schereville, Indiana, where it is qualified to do business with the Indiana Secretary of State. Plaintiff is in the business of serving as a broker for various food products.

2. The Defendant, Productos Alimenticios La Manzana S. De R.L. De C.V. ("Defendant La Manzana"), is a business formed and existing under the laws of the Republic of Mexico and is a citizen of that republic for purposes of diversity jurisdiction. The Defendant is in the business of importing raw food products and then selling and distributing said food products to its customers in Mexico. The Defendant's principal place of business for service of process is:

Productos Alimenticios La Manzana S. De R.L. De C.V.
Av. Santa Margarita 3600 Local A07
Int. A Residencial Poniente
Zapopan, Jalisco Mexico CP45136

Defendant La Manzana is owned by Javier Ramos Preciado who also serves as its General Director.

3. This Court has jurisdiction of this matter pursuant to 28 U.S.C.A. §1332(a) since it is a suit between a citizen of a state and citizen of a foreign state and the amount in controversy exceeds $75,000.00 without regard to any set off or counterclaim to which the Defendants may be adjudged to be entitled and exclusive of interest and costs.

4. Spanish is the official language of Mexico, and Plaintiff will have this complaint translated into Spanish, along with the Exhibits to the extent that are not already in Spanish, prior to having the Complaint served upon the Defendant in accordance with the Hague Convention.

5. The Defendant La Manzana purchased almonds and cranberries from the Plaintiff in a series of transactions. The Statement of Account showing each transaction and the amount owing by Defendant La Manzana is attached hereto as **Exhibit A**. Each transaction was confirmed by Plaintiff through a confirmation of sale that included the Terms and Conditions attached hereto as **Exhibit B**. Under the Terms and Conditions, venue is appropriate in this Court by virtue of the venue selection clause in the terms of the contract entered into by the Plaintiff and the Defendant, Miel Mex. Under Section 8 of the Terms and Conditions, the Parties selected the State of Tennessee, the County of Greene, as the appropriate venue for any litigation between the Parties. Section 8 provides as follows:

> **Venue and Choice of Law**. Venue in any litigation between the Parties shall be exclusively in the state courts of Tennessee located in Greene County, Tennessee, or in the United States District Court for the Eastern District of Tennessee, Northeastern Division if it has subject matter jurisdiction, unless Seller elects to bring this suit in the

jurisdiction where Buyer's offices are located. The Parties hereby consent to the exercise of personal jurisdiction of said courts, waiving any objection to the exercise of such jurisdiction and consent to venue as specified herein... This confirmation of sale shall be deemed to have been entered into in Greene County, Tennessee, and the Parties so stipulate. The terms and provisions of this Confirmation of Sale shall be construed in accordance with the laws of the State of Tennessee and the United States of America without giving effect to that state's laws governing choice or conflict of laws.

6. The Plaintiff shipped the requested products to the Defendant La Manzana and submitted invoices for payment along with shipping documents to agents of the Defendant La Manzana handling the transactions. The amount outstanding on the account as reflected in **Exhibit A** is $331,707.00.

7. To date, the Defendant has not fully paid the Plaintiff for the products which it purchased from the Plaintiff.

8. The Plaintiff seeks damages against the Defendant La Manzana in the amount of $331,707.00 plus interest at the contract rate of 1.5% per month, costs, and legal fees all as provided for in Paragraphs 3, 7, and 9 of the Terms and Conditions attached hereto as **Exhibit B**, which provide in pertinent part as follows:

> 3. **Late Payments**. If any payment due hereunder is not timely paid, then the unpaid amount shall bear interest at the rate of 1.5% per month until paid in full.
>
> 7. **Attorney's Fees**. In the event that Seller determines that it is necessary to engage the services of legal counsel to collect any amount owing under the terms of this Confirmation of Sale or to otherwise deal with Buyer's breach of the terms of this Confirmation of Sale, then Buyer agrees to pay Seller's reasonable attorneys fees and all costs of collection.
>
> 9. **Damages**. If Buyer breaches this contract by failing to make timely payment, Buyer shall be liable to Seller for all amounts owing on the contract, plus interest and legal fees and costs as provided herein...

WHEREFORE, premises considered, the Plaintiff respectfully prays for the following relief:

A. That proper process issue and be served upon the Defendant;

B. That the Plaintiff have and recover a judgment against the Defendant, Productos Alimenticios La Manzana S. De R.L. De C.V., in the amount of Three Hundred Thirty-One Thousand Seven Hundred Seven Dollars ($331,707.00) plus pre-judgment interest at the contract rate of interest, all costs incurred in this action, and reasonable attorneys fees as provided for in the contract, the total of which amounts shall not exceed Five Hundred Thousand Dollars ($500,000.00); and

C. That the Plaintiff have general relief.

RESPECTFULLY SUBMITTED:

*/s/Kenneth Clark Hood*
Kenneth Clark Hood, BPR #9995
Attorney for Plaintiff
Laughlin, Nunnally, Hood & Crum, P.C.
100 South Main Street
Greeneville, TN 37743
(423) 639-5183
Fax: (423) 798-9753

L:\Misc\Crown Point LTD\Productos Alimenticios 21-40091\Complaint